HARRIS v. STATE OF INDIANA.

[No. 0-436.   Filed March 13, 1956.]

*Harold L. Harris, pro se.*

PER CURIAM.—This is an original action by Harold L. Harris, *pro se* "For Leave to Appeal in Forma Pauperis" from an order of the Allen County Circuit Court dismissing a petition for writ of error *coram nobis.*

Appellant is a prisoner and his time for appeal from the original judgment has expired. Therefore, he must proceed under the Public Defender Act, §§13-1401, 13-1406, Burns' 1942 Repl. (Supp.). See *State ex rel. Lake* v. *Bain, Judge* (1948), 225 Ind. 505, 76 N. E. 2d 679.

Petition denied.

NOTE.—Reported in 132 N. E. 2d 617.